LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2004 GAF (FFMx) | Date | June 24, 2014 |
|---|---|---|---|
| Title | JP Hyan v. Liberty Surplus Insurance Corporation et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

### ORDER RE:  NOTICE OF ADDITIONAL AUTHORITY

The Court is in receipt of Plaintiff's notice of additional authority, filed in opposition to a previously-pending anti-SLAPP motion. (Docket No. 39.) The notice was submitted a few hours before the Court granted that motion. (Docket No. 40.) However, like two ships passing in the night, the Court neglected to take Plaintiff's notice into account prior to issuing its order.

The cited authority does not change the Court's analysis though, and it does not affect the outcome of the motion. It merely reflects the result of an appeal in a related case. See Gelbard v. Hummer, 2014 WL 2202761 (Cal. Ct. App. May 28, 2014). And while Gelbard does discuss the elements of anti-SLAPP motions, it does not set forth any new rule for these motions, nor does it run contrary to the Court's earlier determination. Accordingly, the Court's prior order stands.

**IT IS SO ORDERED.**